THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCHST, Inc. d/b/a/, § <br> SPACE CITY SERVICES, § <br>     Plaintiff § <br> § <br> V. § <br> § <br> ARTHUR J. GALLAGHER & CO.; § <br> CERTAIN UNDERWRITERS AT § <br> LLOYD'S, LONDON; MILLER § <br> INSURANCE SERVICES, LLP; AND § <br> CRC INSURANCE SERVICES, INC. § <br>     Defendant § | | CASE NO. 4:21-cv-02935 |

### PLAINTIFF'S DESIGNATION OF TESTIFYING EXPERTS

In accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, Plaintiff SCHST, Inc. designates the following experts:

A.  **Gilbert Esparza, III**
    **MRG of Texas, Inc**
    **6080 Surety Drive, Suite 105**
    **El Paso, Texas 79905**
    **(915) 843 2011**
    **g.esparza@mrgoftexas.com**

    Mr. Esparza is the President of MRG of Texas and has been practicing insurance and risk management for 13 years and has held various insurance licenses. MRG, through Mr. Esparza, has been insuring clients and providing for their insurance needs, by providing most types of coverages ranging from General Liability, insuring assets of company through Business Owners' policies, commercial auto, inland marine, cargo coverage and Workers' Compensation, among other lines.

    Mr. Esparza has information on how this policy was written and on the representations made to SCHST, Inc. by Defendants. Mr. Esparza has knowledge of how the claim was handled by both Gallagher and Lloyds and their agents and representatives as Mr. Esparza, at SCHST's request, was asked for advice on how to progress the claim when Mr. Wilhelm, and Mr. Gregory and other Lloyd's agents ceased being responsive to SCHST's request for status updates and information on the claim and proper processing. Mr. Esparza has reviewed the policies in place and the emails between

Gallagher and Lloyds.  Mr. Esparza also reviewed the coverages and the risk management portfolio of SCHST both before and after Harvey. Mr. Esparza will testify to some of the problems that SCHST encountered with Gallagher and Lloyds in their handling of the claim, in their timeliness.  Mr. Esparza will testify to what coverages were represented, were available and requirements of the policies and will testify as to the confusion caused by Lloyds agents and Gallagher on what was required under the policy, in processing this claim and in scheduling the equipment.  Mr. Esparza will testify and opine that the delays in the handling of the large and significant claim caused an undue burden on the client. Mr. Esparza exchanged communications with Lloyds and agents of Lloyds, including the spreadsheets. Mr. Esparza is both a fact and expert witness. Mr. Esparza's duties do not regularly involve giving expert testimony and is not an employee.  No report was created because Mr. Esparza is a non-retained expert. Mr. Esparza will be made available for deposition.

B.     **Christine Renne (Plaintiff's counsel, as to attorney's fees)**

Christine Renne
RENNE LAW, PLLC
808 W. Dallas Street, Suite F
Conroe, TX 77301
832-418-3787

**The subject matter on which the expert will testify**

a.   amount and reasonableness of Plaintiff's attorney's fees for defending against Defendants' claims.

b.   Ms. Renne may also testify on the amount and reasonableness of any attorney's fees Defendants seek to recover, depending on what Defendants disclose.

**The general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of the responding party, documents reflecting such information**

This witness will testify that the attorney's fees incurred were and are both reasonable and necessary in this matter.

The attorneys' fees are ongoing, so the full amount has not yet been quantified, and Ms. Renne has not yet reviewed or prepared any documents in connection with the expected expert testimony. The attorney fee documents will be provided closer to trial and will be supplemented in accordance therewith. This expert does not maintain a bibliography and refers to the information contained on the Renne Law website at www.crennelaw.com.

3 | P a g e

**C. Malinda de Mata**

Malinda de Mata
1111 North Loop West, Suite 1115
Houston, TX 77008
713-529-2020

**The subject matter on which the expert will testify**

a.  amount and reasonableness of Plaintiff's attorney's fees for defending against Defendants' claims.

b.  Ms. De Mata may also testify on the amount and reasonableness of any attorney's fees Defendants seek to recover, depending on what Defendants disclose.

**The general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of the responding party, documents reflecting such information**

This witness will testify that the attorney's fees incurred were both reasonable and necessary in this matter.

This witness has reviewed and will continue to review the attorneys fees in this matter. The attorneys' fees are ongoing, so the full amount has not yet been quantified, and Ms. De Mata has not yet reviewed or prepared any documents in connection with the expected expert testimony. Ms. De Mata will be presented for deposition, if requested.

**The expert's current resume and bibliography**

This expert does not maintain a bibliography. Resume is attached as Exhibit A.

Respectfully submitted,

RENNE LAW, PLLC

By *Christine M. Renne*
    Christine M. Renne
    State Bar No. 00794518
    808 W. Dallas Street, Suite F
    Conroe, TX 77301
    832-418-3787 (Phone)
    832-246-7046 (Fax)
    crenne@crennelaw.com

4 | P a g e

**ATTORNEY FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

 I hereby certify that on this 14th Day of October 2022, a true and correct copy of the foregoing has been eserved via the Pacer Filing system upon counsel as listed as service contact:

*Christine M. Renne*
Christine M. Renne

EXHIBIT A

MALINDA EDWARDS DE MATA

EDWARDS DE MATA | LAW

1111 North Loop West, Suite 1115
Houston, Texas 77008
713 529-2020
malinda@dematalaw.com

**EDWARDS de MATA LAW,** Houston, Texas
*Principal Attorney, January 2014 to present*
Practice encompasses representing clients in business litigation matters involving contract disputes, real estate, insurance defense, oil and gas, product and premises liability, construction-defect, equine law, and personal injury.

**ASPIRION HEALTH RESOURCES, LLC**, Columbus, Georgia
*Director of Legal Affairs, August 2013 – December 2013*
Advised Aspirion's corporate operations on subjects varying from contract negotiation to human resources, to the Affordable Care Act and HIPPA, to proprietary hospital claims management services. Established and managed local counsel relationships.

**MULBERRY VENTURES, INC.,** Hamilton, Georgia
*General Counsel, February 2013 – September 2013*
Short-term assignment to reorganize my family's real estate investment company. Provided legal counsel concerning day-to-day operations of company including contract review and negotiation, accounts payable and receivable, collections, vendor management, employee and tenant-related matters. Guided strategic planning and due diligence related to divestiture of properties.

**THE HUDGINS LAW FIRM, PC**, Houston, Texas
*Attorney, August 2007 – February 2013*
Represented clients in cases ranging from complex multi-party lawsuits to individual claims involving contract disputes, real estate, insurance defense, products and premises liability, construction-defect, employment law, equine law, oil and gas, personal injury, wrongful death, and family law.

**GODWIN PAPPAS LANGLEY RONQUILLO, LLP**, Houston, Texas
*Associate Attorney, July 2004 – August 2007*
Practice included commercial litigation, insurance defense, premises and products liability, and contract disputes.

**DUNN KACAL ADAMS PAPPAS & LAW, P.C.**, Houston, Texas
*Associate Attorney, May 2004 – July 2004*
Member of commercial litigation team chosen to open new Houston office of Godwin Gruber, LLP in July 2004.

**EDUCATION**
**SOUTH TEXAS COLLEGE OF LAW**, Houston, Texas, Juris Doctorate, 2004
**EMORY UNIVERSITY**, Atlanta, Georgia, Bachelor of Arts, 1987

**ADMITTED**
State Bar of Texas, 2004; United States District Court, Southern District of Texas, 2005; United States District Court, Eastern District of Texas, 2019.